March 11, 2011

Mr. Omotola Ayodele Oresusi
Tola & Associates
3013 Fountain View, Suite 145
Houston, TX 77057
Mr. David Jefrie Mizgala
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

RE: Case Number: 10-0117
 Court of Appeals Number: 01-08-00898-CV
 Trial Court Number: 2008-05231

Style: CHIQUITA MITCHELL, ET AL.
 v.
 THE METHODIST HOSPITAL, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Loren Jackson |
| |Ms. M. Karinne |
| |McCullough |